

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Conseco Life Insurance Company

                              **Plaintiff,**

                            V.

Sandra Perla Aguilera Carriles,  Jose F. Bechara Aguilera, Alexa Michel Bechara Aguilera , and Laura Carriles de Aquilera

                             **Defendant.**

Civil Action No.   09-cv-00253-WMC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants are the only remaining parties in the case. Plaintiff has been dismissed from the action on September 3, 2009. The entire case is dismissed without prejudice.

Date:   4/16/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/  V. Mosqueda

                                      V. Mosqueda, Deputy